RECEIVED

AUG 0 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JIMMIE C. ETHERIDGE** | * | **CIVIL ACTION NO. 03-1437-M** |
| **VERSUS** | * | **JUDGE JAMES** |
| **STEELCRAFT, INC.** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to for Summary Judgment filed by defendants (Document 36) be **GRANTED in PART and DENIED in PART** as follows:

The motion is **GRANTED** as to plaintiff's claims regarding defects in the design or manufacture of the stool, and those claims are hereby dismissed.

The motion is **DENIED** as to plaintiff's claims regarding the need for and adequacy of warnings regarding the stool.

THUS DONE AND SIGNED this 5 day of August, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION